Commonwealth *v.* Lewis, Appellant.

Argued September 17, 1973. *William K. Sayer,* Assistant Defender, with him *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Maxine Stotland,* Assistant District Attorney, with her *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

Commonwealth, Appellant, *v.* McLaughlin.

Argued September 20, 1973. *Edmond H. Heisler,* Assistant District Attorney, with him *Steven H. Goldblatt,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellant; *John Rogers Carroll,* with him *Robert E. Gabriel,* for appellee.

Appeal **quashed.**

SPAULDING, J., absent.